**Order filed August 8, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00549-CR
_____

**JOSEPH WAYNE PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 68941**

---

## ORDER

Appellant is represented by retained counsel, Veronica L. Davis. No reporter's record has been filed in this case. Ida H. Salinas, the official court reporter for the 239th District Court, informed this court that appellant had not made arrangements for payment for the reporter's record. On July 10, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of

notice, provided this court with proof of payment for the record.  *See* Tex. R. App. P. 37.3(c).  Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant=s retained counsel, Veronica L. Davis,  to file a brief in this appeal on or before **September 9, 2013**.  If Veronica L. Davis does not timely file the brief as ordered, the appeal will be abated for a hearing in the trial court to determine the reason for the failure to file the brief.  *See* Tex. R. App. P. 38.8(b)(2).

PER CURIAM